UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MARIE BARBIERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB INVESTMENT ADVISORY, INC., et al.,<br><br>Defendants. | Case No. 21-cv-07034-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted defendants' motion to dismiss the complaint with prejudice,

it is Ordered and Adjudged

that plaintiffs take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 7, 2022

　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　United States District Judge