UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MARIE BARBIERO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES SCHWAB INVESTMENT ADVISORY, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-07034-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted defendants' motion to dismiss the complaint,

    it is Ordered and Adjudged

    that plaintiffs take nothing, and that the action is dismissed.

**IT IS SO ORDERED.**

Dated: June 8, 2022

                                                        /s/ *Phyllis J. Hamilton*
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge